Gaurav Bobby Kalra, SBN 219483
Veda Counsel, Attorneys at Law
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: 916.492.6088
Facsimile: 916.492.6087
gkalra@vedacounsel.com

Attorney for Plaintiff
Tele-Direct Communications, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELE-DIRECT COMMUNICATIONS, INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>NEW EPIC MEDIA LLC, a Florida corporation, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: 2:11-CV-00849-JAM-KJN<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civ. L.R. 144(a), plaintiff, having appeared in this action and with the consent of defendant, hereby stipulates to extend the time for Defendant New Epic Media LLC to answer or otherwise respond to the Complaint until May 12, 2011. The parties further agree that this extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: April 21, 2011                                VEDA COUNSEL


                                                      By: /s/_____
                                                          Gaurav Bobby Kalra
                                                          Attorneys for Plaintiff
                                                          Tele-Direct Communications, Inc.

Case No: 2:11-CV-00849-JAM-KJN
STIPULATION TO EXTEND

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: April 25, 2011        LARIVIERE, GRUBMAN & PAYNE, LLP

By:  /s/ Robert W. Payne
    Robert W. Payne, Esq.

    Attorneys for Defendant
    New Epic Media LLC

**IT IS SO ORDERED.**

Date:  4/25/2011         /s/ John A. Mendez
                           Hon. John A. Mendez
                           U.S. District Court Judge